IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MELVIN ANTONIO CANDIDO,<br>3541 Holmead Place, N.W.<br>Washington, DC 20010,<br><br>    Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, N.W.<br>Room 419<br>Washington, DC 20004<br><br>  Serve:<br><br>  Anthony Williams, Mayor<br><br>  Office of the Attorney General,<br><br>    Defendant. | Civil Action No. |

COMPLAINT

Plaintiff Melvin Antonio Candido, by his undersigned counsel, brings this action against Defendant the District of Columbia and for his complaint in this action states as follows:

1.  This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1343.

2.  Plaintiff is a resident of the District of Columbia, where he lives at 3541 Holmead Place, N.W.

3.  Plaintiff previously owned a 1999 Ford Mustang GT with vehicle identification number 1FAFP42X7XF214634 ("Plaintiff's vehicle").

4. In 2002, Plaintiff's vehicle was stolen.

5. At the time that Plaintiff's vehicle was stolen, it was subject to a purchase money security interest in favor of SunTrust Bank.

6. Plaintiff's vehicle was later recovered and was held by the police department, which refused to return it to Plaintiff on the ground that they needed it as evidence.

7. At the time that the police recovered Plaintiff's vehicle, Plaintiff provided the police with all the information that they needed to contact him.

8. The police failed to contact Plaintiff after they had no further need for the vehicle as evidence.

9. In 2004, the police sold Plaintiff's vehicle without any notice either to Plaintiff or the lienholder that they were selling the vehicle.

10. The action of the police in selling Plaintiff's vehicle without notice to him deprived Plaintiff of his property without due process of law.

11. The individuals who sold Plaintiff's vehicle without notice to him were employees of the District of Columbia.

12. The action of the police in selling Plaintiff's vehicle without notice to him was in implementation and execution of the ordinances and regulations of the District of Columbia and reflected the custom or practice of the government of the District of Columbia

WHEREFORE Plaintiff demands judgment against Defendant in the amount of $50,000 plus pre-judgment interest, reasonable attorney's fees, and the costs of this action.

        MELVIN ANTONIO CANDIDO
        By Counsel

        /s/Ernest P. Francis
        Ernest P. Francis
        ERNEST P. FRANCIS, LTD.
        DC Bar No. 439894
        1655 North Fort Myer Drive
        Suite 700
        Arlington, VA  22209
        (703) 683-5696
        Fax (703) 683-2785

        Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to any issue triable of right by a jury.

        /s/Ernest P. Francis
        Ernest P. Francis