IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELVIN ANTONIO CANDIDO,**<br>           **Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br>           **Defendant.** | Civil Action No. 06-00128 RBW |

## ORDER

Upon consideration of the Defendant's Motion to Dismiss, Memorandum of Points and Authorities, any opposition thereto and the entire record herein, it hereby is

**ORDERED:** That Defendant's Motion to Dismiss is GRANTED; and it is

**FURTHER ORDERED:** That the plaintiff's Complaint hereby is DISMISSED with prejudice.

**So ORDERED** this _____ day of _____, 2006.

_____
 **THE HONORABLE REGGIE B. WALTON**
  **United States District Court Judge**

Copies to the following persons:

**Urenthea McQuinn [D.C. Bar #182253]**
Assistant Attorney General
441 4th Street, N.W. -- Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-3625 (Fax)
urenthea.mcquinn@dc.gov

and

**Ernest P. Francis [D.C. Bar #439894]**
Attorney for Plaintiff
1655 North Fort Myer Drive
Suite 700
Arlington, VA 22209
(703) 683-5696
(703) 683-2785 Fax


February 14, 2006