IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBA

MELVIN ANTONIO CANDIDO,    )
        Plaintiff    )
        v.    )   Civil Action No. 06-00128 RBW
DISTRICT OF COLUMBIA,    )
        Defendant.    )

ORDER

Upon Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, the opposition of Plaintiff thereto, and in consideration of the record in this action, it is hereby

ORDERED that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction is DENIED.

_____    _____
Date    Reggie B. Walton
                                                 United States District Judge