IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELVIN ANTONIO CANDIDO,**<br>       **Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br>       **Defendant.** | Civil Action No. 06-00128 RBW |

### ORDER

Upon consideration of the Defendant's Motion for Summary Judgment, Memorandum of Points and authorities in support thereof, any opposition thereto and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED:** that the defendant's Motion for Summary Judgment hereby is GRANTED; and it is

**FURTHER ORDERED:** that the plaintiff's Complaint is DISMISSED with prejudice.

**So ORDERED.**

_____
**THE HONORABLE REGGIE B. WALTON**
United States District Court Judge

July 26, 2006