# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

———————————————————————————

MELVIN ANTONIO CANDIDO      )

                         )

      Plaintiff,            )

                         )

        v.               )      Civil Action No: 06-00128 (RBW)

DISTRICT OF COLUMBIA,      )

      Defendant         )

———————————————————————————)

## ORDER

      In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby

      **ORDERED** that the plaintiff's motion for entry of default is **DENIED**.  It is further

      **ORDERED** that the defendant's motion for summary judgment is **DENIED**.

      **SO ORDERED** on this 30th day of March, 2007.


                /s/_____

                REGGIE B. WALTON

                United States District Court Judge