UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN ANTONIO CANDIDO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 06-00128 (RBW) |
| DISTRICT OF COLUMBIA, ) | |
| Defendant ) | |
| ) | |

**AMENDED ORDER**

In accordance with the Court's rulings in its Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the plaintiff's motion for entry of default is **DENIED**. It is further

**ORDERED** that the defendant's motion for summary judgment, which the Court construes as a Rule 12(b)(5) dismissal motion, is **DENIED**. It is further

**ORDERED** that the plaintiff shall perfect service upon the defendant pursuant to the Federal Rules of Civil Procedure 4(j)(2) and submit the appropriate affidavits attesting that proper service was effected. It is further

**ORDERED** that after proper service by the plaintiff has been achieved, the defendant shall file its answer to the plaintiff's complaint within 30 days.

**SO ORDERED** on this 22nd day of June, 2007.

/s/_____
REGGIE B. WALTON
United States District Court Judge