**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MELVIN ANTONIO CANDIDO,**
**Plaintiff,**

**v.** **Civil Action No. 06-00128 RBW**

**DISTRICT OF COLUMBIA,**
**Defendant.**

**ORDER**

Upon consideration of the Defendant's Motion to Dismiss for Failure to Prosecute, Memorandum of Points and Authorities in support thereof, any opposition thereto, the entire record herein, and the facts and the law considered, it hereby is

**ORDERED:** That Defendant's Motion to Dismiss for Failure to Prosecute is GRANTED; and it is

**FURTHER ORDERED:** That the plaintiff's Complaint hereby is DISMISSED.

**So ORDERED** this ______________ day of ______________________________, 2008.

______________________________________________
**THE HONORABLE REGGIE B. WALTON**
**United States District Court Judge**

Copies to the following persons:

**Urenthea McQuinn [D.C. Bar #182253]**
Assistant Attorney General
441 4th Street, N.W. -- Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-3625 (Fax)

urenthea.mcquinn@dc.gov

and

**Ernest P. Francis [D.C. Bar #439894]**
Attorney for Plaintiff
1655 North Fort Myer Drive
Suite 700
Arlington, VA 22209
(703) 683-5696
(703) 683-2785 Fax

February 29, 2008